UTSTARCOM, INC., Plaintiff–
Appellant,

v.

STARENT NETWORKS CORP.,
Defendant–Appellee.

No. 2006–1295.

United States Court of Appeals,
Federal Circuit.

April 6, 2007.

Before BRYSON, Circuit Judge,
CLEVENGER, Senior Circuit Judge, and
LINN, Circuit Judge.

**Judgment**

PER CURIAM.

This CAUSE having been heard and
considered, it is

ORDERED and ADJUDGED:

AFFIRMED. *See* Fed. Cir. R.36